76666.0258

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ANTONIO DIAZ AND<br>ANTONIA DIAZ<br><br>    Plaintiffs,<br><br>V.<br><br>TRAVELERS LLOYDS OF TEXAS<br>INSURANCE COMPANY<br><br>    Defendants | §<br>§<br>§<br>§<br>§<br>§   Civil Action No. 2:17-CV-00050-AM-CW<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTIFICATION OF SETTLEMENT**

TO THE HONORABLE DISTRICT COURT:

Plaintiffs Antonio Diaz and Antonia Diaz and Defendant, Travelers Lloyds of Texas Insurance Company, file this Notification of Settlement.

1. The parties settled this case.

2. The parties will file a Stipulation Order of Dismissal after the release is signed and the settlement funds have been paid.

Signed this 27 day of August, 2018.

Respectfully submitted,

76666.0258

        PHIPPS, LLP
        THE PHIPPS
        102 9th Street
        San Antonio, Texas 78215
        (210) 340-9877
        (210) 340-9887 Facsimile
        gortiz@phippsllp.com

        By: _____
            J. GABRIEL ORTIZ
            SBN: 24085512
            MARTIN J. PHIPPS
            SBN: 00791444

        **ATTORNEY FOR PLAINTIFFS**

ADAMI, SHUFFIELD, SCHEIHING
    & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone (210) 344-0500
Telecopier (210) 344-7228
bscheihing@adamilaw.com

By: _____
    ROBERT F. SCHEIHING
    State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**

76666.0258

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure this 27 day of August, 2018:

PHIPPS, LLP
THE PHIPPS
102 9th Street
San Antonio, Texas 78215
(210) 340-9877
(210) 340-9887 Facsimile
gortiz@phippsllp.com

                                                                                    ROBERT F. SCHEIHING